Nathan R. Ring
Nevada State Bar No. 12078
STRANCH, JENNINGS & GARVEY, PLLC
3100 W. Charleston Blvd., Ste. 208
Las Vegas, NV 89102
Telephone: 725-235-9750
E-mail: LasVegas@StranchLaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ALEXIS GIUFFRE, | Case No.: 2:23-CV-01483 |
| Plaintiff(s), | **MOTION TO WITHDRAW AS ATTORNEY** |
| v. | |
| CEASARS ENTERTAINMENT, INC. | |
| Defendant(s). | |

### MOTION TO WITHDRAW AS ATTORNEY

J. Gerard Stranch, IV moves to withdraw as co-counsel for Plaintiff Alexis Giuffre. Jeff Ostrow, Gary M. Klinger and Nathan R. Ring will continue to represent Alexis Giuffre in this matter.

Attached as Exhibit 1 is a draft Order granting this Motion to Withdraw as Attorney.

Dated: October 6, 2023            Respectfully submitted,

/s/ *J Gerard Stranch, IV*
J. Gerard Stranch, IV
Stranch, Jennings & Garvey, PPLC
The Freedom Center
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
615-254-8801
gstranch@stranchlaw.com

/s/ Nathan R. Ring
Nathan R. Ring
Nevada State Bar No. 12078
STRANCH, JENNINGS & GARVEY, PLLC
3100 W. Charleston Blvd., Ste. 208
Las Vegas, NV 89102
725-235-9750
LasVegas@StranchLaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of STRANCH, JENNINGS & GARVEY, PLLC, and on this 6th day of October, 2023, I caused to be served a copy of the MOTION TO WITHDRAW AS ATTORNEY on the parties set forth below via the Court e-filing system where an email address is provided and/or by depositing the same in the United States Mail, first class, postage prepaid, addressed as follows:

Caesars Entertainment, Inc.
One Caesars Palace Drive
Las Vegas, NV 89109

*Defendant*

Alexis Giuffre

Lgiuffre040@gmail.com

*Plaintiff*

          */s/ Suzanne Levenson*
          An employee of Stranch, Jennings & Garvey, PLLC

Nathan R. Ring
Nevada State Bar No. 12078
STRANCH, JENNINGS & GARVEY, PLLC
3100 W. Charleston Blvd., Ste. 208
Las Vegas, NV 89102
Telephone: 725-235-9750
E-mail: LasVegas@StranchLaw.com

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ALEXIS GIUFFRE, | Case No.: 2:23-CV-01483 |
| Plaintiff(s), | **MOTION TO WITHDRAW AS ATTORNEY** |
| v. | |
| CEASARS ENTERTAINMENT, INC. | |
| Defendant(s). | |

### ORDER

IT IS HEREBY ORDERED that the motion of J. Gerard Stranch, IV to withdraw as co-counsel for Plaintiff Alexis Giuffre in this action is GRANTED.

IT IS FURTHER ORDERED that Plaintiff shall continue to be represented by Jeff Ostrow, Gary M. Klinger and Nathan R. Ring as counsel of record in this matter.

Date: 10/10/2023                                      

RESPECTFULLY SUBMITTED BY:

*/s/ J Gerard Stranch, IV*
J. Gerard Stranch, IV
Stranch, Jennings & Garvey, PPLC
The Freedom Center
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
615-254-8801
gstranch@stranchlaw.com

*/s/ Nathan R. Ring*
Nathan R. Ring
Nevada State Bar No. 12078
STRANCH, JENNINGS & GARVEY, PLLC
3100 W. Charleston Blvd., Ste. 208
Las Vegas, NV 89102
725-235-9750
LasVegas@StranchLaw.com

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of STRANCH, JENNINGS & GARVEY, PLLC, and on this 6th day of October, 2023, I caused to be served a copy of the (PROPOSED) ORDER GRANTING MOTION TO WITHDRAW on the parties set forth below via the Court e-filing system where an email address is provided and/or by depositing the same in the United States Mail, first class, postage prepaid, addressed as follows:

Caesars Entertainment, Inc.
One Caesars Palace Drive
Las Vegas, NV 89109

*Defendant*

Alexis Giuffre

Lgiuffre040@gmail.com

*Plaintiff*

> */s/ Suzanne Levenson*
> An employee of Stranch, Jennings & Garvey, PLLC