Adam Hosmer-Henner (NSBN 12779)
Chelsea Latino (NSBN 14227)
Jane Susskind (NSBN 15099)
**McDONALD CARANO LLP**
100 West Liberty Street, Tenth Floor
Reno, Nevada 89501
(775) 788-2000
ahosmerhenner@mcdonaldcarano.com
clatino@mcdonaldcarano.com
jsusskind@mcdonaldcarano.com

LATHAM & WATKINS LLP
Serrin Turner (pro hac vice to be filed)
Marissa Alter-Nelson (pro hac vice to be filed)
1271 Avenue of the Americas
New York, New York 10022-4834
 (212) 906-1200
serrin.turner@lw.com
 marissa.alter-nelson@lw.com

Sean M. Berkowitz (pro hac vice to be filed)
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
(312) 876-7700
  sean.berkowitz@lw.com

*Attorneys for Defendant*
*Caesars Entertainment, Inc.*

*[Additional Counsel on Signature Page]*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MIGUEL RODRIGUEZ, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> Caesars Entertainment, Inc., <br><br> Defendant. | Case No. 2:23-cv-01447-ART-BNW <br><br> **STIPULATION AND [PROPOSED] ORDER CONTINUING TIME FOR DEFENDANT CAESARS ENTERTAINMENT, INC. TO RESPOND TO COMPLAINTS** <br><br> **(FIRST REQUEST)** |

| | |
|---|---|
| PAUL GARCIA, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>Caesars Entertainment, Inc.,<br><br>    Defendant. | Case No. 2:23-cv-01482-ART-BNW |
| ALEXIS GIUFFRE, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>Caesars Entertainment, Inc.,<br><br>    Defendant. | Case No. 2:23-cv-01483-ART-BNW |
| DAVID LACKEY, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>Caesars Entertainment, Inc.,<br><br>    Defendant. | Case No. 2:23-cv-01562-ART-BNW |
| THOMAS MCNICHOLAS and LAURA MCNICHOLAS, individually, and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>Caesars Entertainment, Inc.,<br><br>    Defendant. | Case No. 3:23-cv-00470-ART-BNW |

1  WHEREAS, *Rodriguez v. Caesars Entertainment, Inc.* No. 2:23-cv-01447-ART-BNW,
2  was filed on September 15, 2023 (ECF No. 1);

3  WHEREAS, Defendant Caesars Entertainment, Inc. ("Caesars") was served with the
4  *Rodriguez* complaint on September 21, 2023 (Dkt. 6);

5  WHEREAS, pursuant to Fed. R. Civ. Proc. 12(a), Caesars's response to the *Rodriguez*
6  Complaint would otherwise be due on or before October 12, 2023;

7  WHEREAS, *Garcia v. Caesars Entertainment, Inc.* No. 2:23-cv-01482-ART-BNW, was
8  filed on September 21, 2023 (Dkt. 1);

9  WHEREAS, Caesars was served with the *Garcia* complaint on September 25, 2023 (Dkt.
10 7);

11 WHEREAS, pursuant to Fed. R. Civ. Proc. 12(a), Caesars's response to the *Garcia*
12 Complaint would otherwise be due on or before October 16, 2023;

13 WHEREAS, *Guiffre v. Caesars Entertainment, Inc.* No. 2:23-cv-01483-ART-BNW, was
14 filed on September 21, 2023 (Dkt. 1);

15 WHEREAS, Caesars was served with the *Garcia* complaint on September 25, 2023;

16 WHEREAS, pursuant to Fed. R. Civ. Proc. 12(a), Caesars's response to the *Guiffre*
17 Complaint would otherwise be due on or before October 16, 2023;

18 WHEREAS, *McNicholas v. Caesars Entertainment, Inc.* No. 3:23-cv-00470-ART-BNW,
19 was filed on September 22, 2023 (Dkt. 1);

20 WHEREAS, Caesars was served with the *Garcia* complaint on September 26, 2023;

21 WHEREAS, pursuant to Fed. R. Civ. Proc. 12(a), Caesars's response to the *Garcia*
22 Complaint would otherwise be due on or before October 17, 2023;

23 WHEREAS, *Lackey v. Caesars Entertainment, Inc.* No. 2:23-cv-01562-ART-BNW, was
24 filed on September 29, 2023 (Dkt. 1);

25 WHEREAS, Caesars has yet to be served with the *Lackey* Complaint;

WHEREAS, on October 4, 2023, the *Garica, Guiffre, McNicholas and Lackey* complaints were related to the *Rodriguez* complaint and transferred to the Honorable Anne R. Traum (*Rodriguez* Dkt. 10) (the "Related Actions");

WHEREAS, on October 5, 2023, counsel for *Rodriguez, Garcia, Guiffre, McNicholas* and *Lackey* filed an Unopposed Motion to Consolidate Cases for Pre-Trial Proceedings (*Rodriguez* Dkt. 11) (the "Motion to Consolidate");

WHEREAS, the Motion to Consolidate provides that all deadlines in all of the Related Actions are to be stayed, and further anticipates the filing of a consolidated complaint and proposed deadline for Caesars to respond to the consolidated complaint;

WHEREAS, the Court has yet to act on the Motion to Consolidate, and thus Caesars currently faces upcoming response deadlines in the Related Actions in which it has been served;

**WHEREAS**, to avoid unnecessary expenditure of resources and effort responding to individual complaints in the Related Actions where all Parties are agreed that the complaints should first be consolidated, and where the Motion to Consolidate is currently pending before the Court, the Parties have agreed to extend the time for Caesars to respond to the Complaints until forty-five (45) days following the service of a consolidated complaint, as requested in the Motion to Consolidate, or, if the Court denies the Motion to Consolidate, forty-five (45) days after the Court issues such decision. There is good cause to grant this request, which is not made for the purposes of delay.

It is therefore **STIPULATED** and **AGREED** that:

1. Defendant shall file and serve any answer or other response within forty-five (45) days of the filing of a consolidated complaint, if the pending Motion to Consolidate is granted.

**2.** If the Motion to Consolidate is not granted, Defendant shall file and serve any answer or other response to the complaints in the Related Actions within forty-five (45) days of the Court's decision.

Dated: October 11, 2023.

**McDonald Carano LLP**

By: /s/ *Adam Hosmer-Henner*
Adam Hosmer-Henner (NSBN 12779)
Chelsea Latino (NSBN 14227)
Jane Susskind (NSBN 15099)
100 West Liberty Street, Tenth Floor
Reno, Nevada 89501
(775) 788-2000

**LATHAM & WATKINS LLP**
Serrin Turner (pro hac vice to be filed)
serrin.turner@lw.com
Marissa Alter-Nelson (pro hac vice to be filed)
 marissa.alter-nelson@lw.com
1271 Avenue of the Americas
New York, New York 10022-4834
Telephone: +1.212.906.1200

Sean M. Berkowitz (pro hac vice to be filed)
 sean.berkowitz@lw.com
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Tel: +1.312.876.7700

*Attorneys for Defendant*
*Caesars Entertainment, Inc.*

**LAW OFFICES OF MILES N. CLARK, LLC**


 /s/ *Miles N. Clark*
Miles N. Clark
miles@milesclarklaw.com
5510 S. Fort Apache Rd., Suite 30
Las Vegas, NV 89148-7700
T: (702) 856-7430
F: (702) 552-2370

John A. Yanchunis*
jyanchunis@forthepeople.com
Ra O. Amen*

5

ramen@forthepeople.com
**MORGAN & MORGAN**
**COMPLEX LITIGATION GROUP**
201 North Franklin Street 7th Floor
Tampa, Florida 33602
T: (813) 223-5505
F: (813) 223-5402

Michael D. Braun*
mdb@kuzykclassactions.com
**KUZYK LAW, LLP**
2121 Avenue of the Stars, Ste. 800
Los Angeles, California 90067
T: (213) 401-4100
F: (213) 401-0311

*Counsel for Plaintiff Miguel Rodriguez*


*/s/ David C. O'Mara*
David C. O'Mara
Nevada Bar No. 8599
**THE O'MARA LAW FIRM, P.C.**
311 E. Liberty Street
Reno, Nevada 89501
775.323.1321
david@omaralaw.net

Ben Barnow*
Anthony L. Parkhill*
**BARNOW AND ASSOCIATES, P.C.**
205 West Randolph Street, Ste. 1630
Chicago, IL 60606
Tel: (312) 621-2000
b.barnow@barnowlaw.com
aparkhill@barnowlaw.com

*Counsel for Plaintiffs Thomas and Laura McNicholas*


*/s/ Nathan R. Ring*
Nathan R. Ring
STRANCH, JENNINGS & GARVEY, PLLC
3100 W. Charleston Boulevard, Suite 208
Las Vegas, NV 89102
Telephone: (725) 235-9750
nring@stranchlaw.com

Jeff Ostrow*

KOPELOWITZ OSTROW
FERGUSON WEISELBERG GILBERT
One West Las Olas Blvd., Suite 500
Fort Lauderdale, Florida 33301
Telephone:954-525-4100

*Counsel for Plaintiffs Paul Garcia and Alexis Guffrie*

*/s/ Don Springmeyer*
Don Springmeyer, Esq. (NBN 1021)
KEMP JONES, LLP
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, NV 89169

James J. Pizzirusso*
Amanda V. Boltax*
HAUSFELD LLP
888 16th Street, NW, Suite 300
Washington, D.C. 20006

Steve N. Nathan*
HAUSFELD LLP
33 Whitehall Street, 14th Floor
New York, NY 10004
Douglas J. McNamara*

Brian E. Johnson*
COHEN MILSTEIN SELLERS & TOLL, PLLC
1100 New York Ave, 5th Floor
Washington, DC 20005

*Counsel for Plaintiff David Lackey*

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE
UNITED STATES MAGISTRATE JUDGE

DATED: 10/12/2023